Law Offices of Robert Tarver, Esq.
Robert Tarver, Esq.
66 S. Main Street
Toms River, NJ 08757
Tel: 732-341-2152
Fax: 732-341-2153

Attorney for Defendant David Weinreb

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 04-149 (JAP) |
| | ) | Hon. Joel A. Pisano, U.S.D.J. |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID WEINREB, | ) | |
| Defendant. | ) | |

### ORDER FOR ADMITTING INGA L. PARSONS
### *PRO HAC VICE*

THIS MATTER having come before the Court on application of Robert Tarver attorney for David Weinreb, on notice to all parties, for entry of an Order granting Inga L. Parsons, 5 Bessom Street, No. 234, Marblehead, MA 01945 to appear and participate *pro hac vice*; and the Court having considered the motion and affidavit of counsel; and for good cause shown

IT IS on this 17th day of _____, 2005, hereby ORDERED that Inga L. Parsons, is hereby admitted pro hac vice to appear and participate as co-counsel for David Weinreb in this matter pursuant to local Civil Rule

101.1 of the United States district Court for the District of New Jersey; and

IT IS FURTHER OREDRED that Inga L. Parsons, Esq., shall make payment to the New Jersey Lawyer's Fund for Client Protection as provided by Rule 1:28-2(a) of the New Jersey Court Rules, for this year and for any subsequent year in which she continues to represent a client in any matter pending in this Court; and

IT IS FURTHER ORDERED that all pleading, briefs and other papers filed with the Court shall be signed by an attorney of the Law Offices of Robert Tarver who shall be held responsible for said papers and the conduct of the case and who shall be present in court during all stages of the proceeding, unless expressly excused by the Court, as well as to be held responsible for the conduct of the admitted attorneys herein; and

IT IS FURTHER ORDERED that Inga L. Parsons, Esq. shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Civil Rule 103.1 (Judicial Ethics and Professional Responsibility) and Local Civil Rule 104.1 (Discipline of Attorneys); and

IT IS FURTHER ORDERED that Inga L. Parsons shall be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7 as amended.

SO ORDERED:

_____
Honorable Joel A. Pisano
U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| **ROBERT MICHAEL BIAGIOTTI**<br>BIAGIOTTI, MARINO &<br>MONTECALLO, PC<br>190 MOORE STREET<br>HACKENSACK, NJ 07601<br>(201) 343-6466<br>biagiotti.bmmlaw@verizon.net<br>*Assigned: 02/09/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **PRESIDENT, RICHARD CHAUVIN**<br><br>RJC HEATING &<br>COOKING CORP.<br>14 APPLEBLOSSOM LANE<br>HOPEWELL JUNCTION,<br>NY 12533<br>*(Creditor)* |
| **GEOGE BOCHETTO**<br>COUNSEL NOT ADMITTED TO<br>USDC-NJ BAR<br>BOCHETTO & LENTZ, ESQS.<br>1524 LOCUST STREET<br>PHILADELPHIA, PA 19102<br>(215) 735-3900<br>*Assigned: 03/04/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **DAVID WEINREB** (1)<br>*TERMINATED: 01/06/2005*<br>*(Defendant)* |
| **GEORGE L. CALCAGNINI**<br>376 ROUTE 202<br>SOMERS, NY 10589<br>*Assigned: 03/17/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **PRESIDENT JOSEPH MARINELLI**<br><br>APHRODITE<br>CONSTRUCTION CO. INC.<br>9 BLUEBERRY LANE<br>PUTNAM VALLEY, NY<br>10579<br>*(Creditor)* |
| **HUNTER T. CARTER**<br>COUNSEL NOT ADMITTED TO<br>USDC-NJ BAR<br>ARENT FOX PLLC<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>(212) 484-3900<br>(212) 484-3990 (fax)<br>*Assigned: 07/28/2005* | representing | **DAVID & SYLVIA BAEZA**<br>*(Petitioner)* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **RICHARD SHAPIRO** *(Petitioner)* |
| **FREDERICK H. COHN** 61 BROADWAY SUITE 1601 NEW YORK, NY 10006 212-768-1110 212-267-3024 (fax) *Assigned: 01/13/2005* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* | representing | **ARCHITECTS OGAWA DEPARDON** *(Creditor)* |
| **JAMES SIMON COONS** DLA PIPER RUDNICK GRAY CARY US LLP 379 THORNALL STREET 8TH FLOOR EDISON, NJ 08837 (732) 590-1825 james.coons@dlapiper.com *Assigned: 08/09/2005* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* | representing | **CHARLES P. HAMMERSMITH, JR.** *(Petitioner)* |
| **GREG A. DADIKA** REED SMITH LLP ONE RIVERFRONT PLAZA NEWARK, NJ 07102-5311 (973) 621-3200 gdadika@reedsmith.com *Assigned: 11/14/2005* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* | representing | **GARY A. LYONS** *(Interested Party)* |
|  |  | **PAUL W. HAWRAN** *(Interested Party)* |

| | | |
|---|---|---|
| **ANTHONY DETOMMASI**<br>DIGIACOMO & DETOMMASI<br>ONE WATER STREET<br>1 ST FLOOR<br>WHITE PLAINS, NY 10601<br>(914)686-2111 EXT. 102<br>  *Assigned: 01/14/2005*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **PRESIDENT ROBERT M SPANO**<br><br>ROBERT M. SPANO,<br>PLUMBING & HEATING,<br>INC.<br>152 ADAMS ST.<br>BEDFORD HILLS, NY<br>10507<br>*(Creditor)* |
| **W. DAVID EDDY, JR.**<br>OWEN & EDDY<br>ONE WATER STREET<br>WHITE PLAINS, NY 10601<br>914-949-0109<br>914-949-9223 (fax)<br>  *Assigned: 01/14/2005*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **PROFESSIONAL ENGINEE ROBERT A. ROSTON**<br>6 PILGRIM ROAD<br>WHITE PLAINS, NY 10605<br>914-761-3364<br>*(Creditor)* |
| **ADAM D. FINKELSTEIN**<br>KAGAN, LUBIC, LEPPER, LEWIS & GOLD<br>200 MADISON AVE<br>24 TH. FLOOR<br>NEW YORK, NY 10016-4001<br>(212)252-0300<br>  *Assigned: 01/14/2005*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **PRESIDENT IRA RUTKOW**<br>THE BOARD OF MANAGER<br><br>METROPOLITAN TOWER CONDOMINIUM<br>146 WEST 57 TH. STREET<br>NEW YORK, NY<br>*(Creditor)* |
| **MARY PATRICIA GALLAGHER**<br>ADORNO & YOSS, LLP<br>155 WILLOWBROOK BOULEVARD<br>WAYNE, NJ 07470<br>(973) 256-9000<br>mpgallagher@adorno.com<br>  *Assigned: 01/13/2005*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **VICE PRESIDENT, . MICHAEL A. LOSITO, JR.**<br><br>MJ LOSITO ELECTRICAL CONTRACTORS, INC.<br>*(Creditor)* |

| | | |
|---|---|---|
| **RONALD LEE GOLDSTEIN**<br>GOLDSTEIN, RUBINTON,<br>GOLDSTEIN & FIFAZIO, P.C.<br>18 WEST CARVER ST<br>SUITE 3<br>HUNTINGTON, NY 11743-3379<br>613-421-9051<br>631-421-9122 (fax)<br>  *Assigned: 01/14/2005*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **PRESIDENT CHARLES KAPLANEK**<br><br>FLORAL GLASS &<br>MIRROR, INC.<br>895 MOTOR PARKWAY<br>PO BOX 18039<br>HAUPPAUGE, NY 11788<br>*(Creditor)* |
| **RICHARD P. HABER**<br>ZUCKER, GOLDBERG &<br>ACKERMAN<br>200 SHEFFIELD STREET<br>SUITE 301<br>MOUNTAINSIDE, NJ 07092-0024<br>(908) 233-8500<br>(908) 233-1390 (fax)<br>rhaber@zuckergoldberg.com<br>  *Assigned: 06/28/2005*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **MORTGAGEE,**<br>**WASHINGTON MUTUAL**<br>**BANK, F.A.**<br><br>C/O ACS IMAGE<br>SOLUTIONS<br>12691 PALA DRIVE<br>MS156DPCA<br>GARDEN GROVE, CA<br>92841<br>*(Claimant)* |
| **RACHEL L. HOLLANDER**<br>BROWN, RAYSMAN,<br>MILLSTEIN, FELDER &<br>STEINER, LLP<br>163 MADISON AVENUE<br>PO BOX 1989<br>MORRISTOWN, NJ 07962-1989<br>(973) 775-8920<br>rhollander@brownraysman.com<br>  *Assigned: 04/27/2005*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **ANDRES FERNANDES**<br>*(Claimant)* |
| **SHERRY ANN HUTCHINS**<br>OFFICE OF THE US ATTORNEY<br>970 BROAD STREET<br>ROOM 502<br>NEWARK, NJ 07102 | representing | **USA**<br>*(Plaintiff)* |

(973) 645-2723
sherry.hutchins@usdoj.gov
*Assigned: 03/04/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **JENNIFER A. KELLER**<br>EDWARDS & ANGELL LLP<br>51 JOHN F. KENNEDY PARKWAY<br>SHORT HILLS, NJ 07078<br>973-376-7700<br>jkeller@edwardsangell.com<br>*Assigned: 03/07/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **PRESIDENT JOSEPH MARINELLI**<br><br>APHRODITE CONSTRUCTION CO. INC.<br>9 BLUEBERRY LANE<br>PUTNAM VALLEY, NY 10579<br>*(Creditor)* |
| **DENNIS W. LIGHT**<br>DENNIS W. LIGHT, PLLC<br>149 GRAND STREET, STE. 3D<br>WHITE PLAINS, NY 10601<br>914-948-5525<br>*Assigned: 03/16/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **VICE PRESIDENT, ANTHONY J. BIASETTI**<br><br>PREFERRED AIR SYSTEMS, INC.<br>15 FEDERAL ROAD<br>DANBURY, CT 06810<br>*(Creditor)* |
| **MICHAEL A. MACCIA**<br>17 ACADEMY ST, PENTHOUSE<br>NEWARK, NJ 07201<br>973-273-9606<br>973-273-9607 (fax)<br>*Assigned: 01/21/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **PRESIDENT, PETER GROTTO**<br><br>PETER GROTTO, PLUMBING & HEATING, INC.<br>895 NEPPERHAN AVE.<br>YONKERS, NY 10703<br>*(Creditor)* |
| **MARKUN**<br>MARKUN, ZUSMAN & COMPTON, LLP<br>17383 WEST SUNSET BOULEVARD<br>SUITE A380 | representing | **MARTHA SPENCER**<br>*(Claimant)* |

PACIFIC PALISADES, CA 90272
(310)454-5900
(310)454-5970 (fax)
*Assigned: 01/31/2005*
*ATTORNEY TO BE NOTICED*

**RICHARD G. MONACO**
PO BOX 116
SOUTH SALEM, NY 10590
203-894-8306
203-894-4621 (fax)
monacco@sbcglobal.net
*Assigned: 01/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**PRESIDENT, MARTIN PARENTI**

UNITED BUILDING CORP.
31 PUMPHOUSE ROAD
BREWSTER, NY 10509
*(Creditor)*

**TRACY J MURPHY**
TRACY J. MURPHY, PLLC
169 MYERS CORNERS RD.
STE. 115
WAPPINGERS FALLS, NY 12590
845-297-6670
MurphyLaw999@yahoo.com
*Assigned: 03/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**PRESIDENT, JUAN BERNARDO**

JUAN BERNARDO
CONTRACTING
CORPORATION
16 CATHERINE STREET
CORTLANDT MANOR,
NY 10567
*(Creditor)*

**MAUREEN A. RUANE**
LOWENSTEIN SANDLER
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
973-597-2500
mruane@lowenstein.com
*Assigned: 10/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**GRIFFEN, LLC**
*(Petitioner)*

**MONIQUE LAFLEUR
2000 TRUST**
*(Petitioner)*

| | | |
|---|---|---|
| **PAUL SALVATORIELLO**<br>LOWENSTEIN SANDLER<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>(973) 597-2534<br>psalvatoriello@lowenstein.com<br>*Assigned: 10/18/2005*<br>*ATTORNEY TO BE NOTICED* | representing | **GRIFFEN, LLC**<br>*(Petitioner)* |
| | | **MONIQUE LAFLEUR 2000 TRUST**<br>*(Petitioner)* |
| **JOHN G. SILBERMANN**<br>UNITED STATES ATTORNEY'S OFFICE<br>970 BROAD STREET<br>SUITE 700<br>NEWARK, NJ 07102<br>(973) 645-2700<br>john.silbermann@usdoj.gov<br>*Assigned: 12/13/2005*<br>*ATTORNEY TO BE NOTICED* | representing | **USA**<br>*(Plaintiff)* |
| **NICHOLAS STEVENS**<br>STARR, GERN, DAVISON & RUBIN, PC<br>103 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068-1050<br>(973) 403-9200<br>nstevens@starrgern.com<br>*Assigned: 01/31/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **MARTHA SPENCER**<br>*(Claimant)* |
| | | **PRESIDENT, DAVID A. PAQUA** |
| **ANDREW P. TUREAUD**<br>HECKER, COLASURDO & SEGALL, P.C.<br>108 CORPORATE PARK DRIVE<br>WHITE PLAINS, NY 10604<br>(914)251-1111<br>*Assigned: 01/26/2005* | representing | THE FRANKLIN GLASS COMPANY, FRANKLIN GLASS & ALUMINUM<br>7 ROOSEVELT AVE. |

| | | |
|---|---|---|
| *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | | STAMFORD, CT 06902<br>*(Creditor)* |
| **PAUL T. VINK**<br>175 Main Street, Suite 401<br>White Plains, NY 10601<br>(914)682-1516<br>914-948-5695 (fax)<br>*Assigned: 03/15/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **PRESIDENT, DAVID VARTABEDIAN**<br><br>DAVID VARTABEDIAN PLUMBING & HEATING, INC.<br>123 PLAINFIELD AVE.<br>BEDFORD HILLS, NY 10507<br>*(Creditor)* |
| **ANDRU VOLINSKY**<br>COUNSEL NOT ADMITTED TO USDC-NJ BAR<br>BERNSTEIN, SHUR, SAWYER & NELSON, PA<br>670 NO. COMMERCIAL STREET<br>SUITE 108<br>PO BOX 1120<br>MANCHESTER, NH 03105<br>*Assigned: 04/27/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **ANDRES FERNANDES**<br>*(Claimant)* |